UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN 22 2020
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GUNNER SCOTT YOUNG,<br><br>Defendant. | Criminal No. 3:20cr1<br><br>Violations: 18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2252A(b)(2) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Possession of Child Pornography)

On or about June 19, 2019, in Morgan County, in the Northern District of West Virginia, defendant **GUNNER SCOTT YOUNG**, did knowingly possess matter containing an image of child pornography, as defined in Title 18, United States Code Section 2256(8), which had been transported in interstate and foreign commerce by computer, was produced using material that had been transported in interstate and foreign commerce by computer and that involved a pre-pubescent minor who had not attained 12 years of age, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

(Sexual Exploitation of Children)

Pursuant to Title 18, United States Code, Section 2253, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from a violation of Title18, United States Code, Section 2252A, including, but not limited to the following items seized from the defendant:

Apple iPhone in red case
Apple iPad in black case
ASUS laptop (SIN: GCNOWU02593949A 12M)
Black case with five thumb drives
Black Lowepro case with 10 SD cards and 2 MicroSD cards
Toshiba HD (SIN: 40BLBOJUB I F3)

A True Bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM J. POWELL
United States Attorney

Kimberley D. Crockett
Assistant United States Attorney