```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

**VS.**                                        **CRIMINAL NO. 3:20-CR-1**
                                               **(Judge Groh)**
**GUNNAR SCOTT YOUNG,**

      **DEFENDANT.**

## JOINT MOTION TO DISMISS REVOCATION PETITION

**COMES NOW** the Defendant, by counsel, J. Mark Sutton, and the United State of America, by Assistant United States Attorney Kyle R. Kane, and respectfully move this Honorable Court to dismiss the Petition for Warrant or Summons for Offender under Supervision, and states as follows:

    1. A petition alleging violation of conditions of probation was filed on October 11, 2023.

    2. On March 8, 2023, the Defendant appeared in Court for a final revocation hearing. The Defendant was released on the terms of his probation, plus additional terms and conditions. A new final revocation hearing was scheduled for June 13, 2024, at 1:00 p.m.

    3. That on December 29, 2023, a Request for Modifying the Conditions or Term of Supervision With Consent of the Offender was filed.

    4. That the Defendant has complied with the terms and conditions of his supervision, including the additional modified terms.

5. On June 5, 2024, undersigned counsel conferred with AUSA Kyle R. Kane, and on June 6, 2024, AUSA Kane conferred with United State Probation Officer Michael DeHaven regarding the revocation petition.

6. The parties agree that dismissal of the petition without prejudice is appropriate due to the Defendant completing his improvement period with no additional issues and violations.

Wherefore, the Defendant requests that this Honorable Court grant his motion and reset this matter for a later date.

**GUNNAR SCOTT YOUNG**
**By Counsel**

 /s/jmsutton
**J. Mark Sutton (#7240)**
**SUTTON & JANELLE, PLLC**
**224 W. King Street**
**Martinsburg, WV 25401**
**(304)267-0904**
jms@suttonandjanelle.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2024, I electronically filed the foregoing Joint Motion to Dismiss Revocation Petition with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to United States Assistant Prosecuting Attorney.

 /s/jmsutton
**J. Mark Sutton (#7240)**
**SUTTON & JANELLE, PLLC**
**125 East King Street**
**Martinsburg, WV 25401**